| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| KIM MARY VANDYK<br>2834 FOOTHILL ROAD<br>SANTA BARBARA, CA 93105<br>805.455.8359<br>KVANDYK86400@GMAIL.COM | **FILED**<br>SEP 2 1 2015<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: |
| ☒ Individual appearing without attorney<br>☐ Attorney for: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>KIM MARY VANDYK<br><br><br><br>Debtor(s). | CASE NO.: 9:15-BK-11819-PC<br>CHAPTER: 13<br><br>**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
|---|---|

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

   a. Title of motion: <u>CONTINUANCE OF 30-DAY STAY</u>

   b. Date of filing of motion: <u>9/21/2015</u>

2. Compliance with LBR 9075-1(b)(2)(A): (*The following three sections must be completed*):

   a. Briefly specify the relief requested in the motion:

   CONTINUE AUTOMATIC STAY BEYOND 30 DAYS TO ALL CREDITORS AND ANY ENTITY, DEBT COLLECTOR OR OTHERWISE WHO MAY CLAIM INTEREST IN THE ESTATE WITHOUT PROOF OF STANDING.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    F 9075-1.1.APP.SHORT.NOTICE

b. Identify the parties affected by the relief requested in the motion:

>CTX MORTGAGE COMPANY, LLC and ANY DEBT COLLECTORS CLAIMING INTEREST IN THE PROPERTY KNOWN AS 2834 FOOTHILL ROAD, SANTA BARBARA, CALIFORNIA DEED OF TRUST 2005-0064280 RECORDED 07/08/2005 APN: 023-172-26
>FRANCHISE TAX BOARD  >INTERNAL REVENUE SERVICE
>STATE BOARD OF EQUALIZATION

c. State the reasons necessitating a hearing on shortened time:

ONCE I DISCOVERED THERE WAS AN EXTRA STEP NEEDED TO CONTINUE THE STAY. I GATHERED THE FORMS AND LIST OF QUESTIONS TO GET HELP AT THE PRO SE CLINIC ON FRIDAY, SEPTEMBER 18. CHRIS GAUTSCHI PRINTED OUT THE CORRECT FORMS AND NOTED THAT A REGULAR NOTICE OF MOTION TO CONTINUE THE STAY NEEDS TO BE HEARD WITHIN 30-DAYS OF CASE BEGINNING AND THE PARTIES NEED 21-DAYS NOTICE + 3 BY MAIL, BUT IN THIS CASE THE COURT CALENDAR FOR SEPTEMBER AND OCTOBER DOESN'T HAVE A DATE AVAILABLE TO MEET THIS REQUIREMENT. MR. GAUTSCHI THEN SHOWED ME THROUGH THE NECESSARY PROCEDURE TO SUBMIT AN ORDER FOR APPLICATION TO SET A HEARING ON SHORTENED NOTICE AND THE OTHER FORMS REQUIRED.

3. Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4. Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory form F 9075-1.1.ORDER.SHORT.NOTICE

Date: 9/21/2015

_____
Printed name of law firm

by: Kim Mary Vandyk
Signature of individual Movant or attorney for Movant

Kim Mary Vandyk
Printed name of individual Movant or attorney for Movant

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                 Page 2                              F 9075-1.1.APP.SHORT.NOTICE

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1209 Carpinteria St., Santa Barbara, CA 93103

A true and correct copy of the foregoing document entitled: **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 09/21/2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/21/2015 | Tom Stewart | /s/ Tom Stewart |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 3                              F 9075-1.1.APP.SHORT.NOTICE

# PROOF OF SERVICE OF DOCUMENT

TO:   FRANCHISE TAX BOARD msa340
      PO Box 2952
      Sacramento, CA 95812-2952

      INTERNAL REVENUE SERVICE
      CENTRALIZED INSOLVENCY OPERATION
      P. O. Box 7346
      Philadelphia, PA 19101-7346

      STATE BOARD OF EQUALIZATION
      P.O. Box 942879
      Sacramento, CA 94279-0055

      CTX MORTGAGE COMPANY, LLC
      3350 Peachtree Road NE, Suite 150
      Atlanta, GA 30326

      BANKRUPTCY TRUSTEE
      Elizabeth (ND) F Rojas (TR)
      Valley Executive Center
      15260 Ventura Blvd., Suite 710
      Sherman Oaks, CA 91403