

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>KIM MARY VANDYK<br>2834 FOOTHILL ROAD<br>SANTA BARBARA, CA 93105<br>805.455.8359<br>KVANDYK86400@GMAIL.COM<br><br>☒ *Individual appearing without attorney*<br>☐ *Attorney for:* | FOR COURT USE ONLY<br><br>**FILED** SEP 2 2 2015 CLERK, U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY _____ Deputy Clerk<br><br>**ENTERED** SEP 2 2 2015 |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA -*NORTHERN* DIVISION ||
| In re:<br><br>KIM MARY VANDYK<br><br>LODGED SEP 2 1 2015 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA Deputy Clerk<br><br>Debtor(s). | CASE NO.: 9:15-BK-11819-PC<br>CHAPTER: 13<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
| Movant *(name):* KIM MARY VANDYK ||

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion:* <u>CONTINUANCE OF THE AUTOMATIC STAY</u>

   b. *Date of filing of motion:* <u>9/21/2015</u>

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application:* <u>9/21/2015</u>

3. Based upon the court's review of the application, it is ordered that:

   a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

   b. ☒ The Application is granted, and it is further ordered that:

(1) ☒  A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date:** 9-29-15<br>**Time:** 10:00 a.m.<br>**Courtroom:** 201 | **Place:**<br>☐ 255 East Temple Street, Los Angeles, CA 90012<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☐ 411 West Fourth Street, Santa Ana, CA 92701<br>☒ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☒  No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| | |
|---|---|
| (A) *Deadlines:*<br>Date: 9-22-15<br>Time: 4:00 p.m. | (B) *Persons/entities to be provided with telephonic notice:*<br>U.S. Trustee, Ch. 13 Trustee and all secured creditors.<br><br>☐ See attached page<br>(C) *Telephonic notice is also required upon* the United States trustee |

(3) ☒  No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:    ☒ one of the methods checked    ☐ all of the methods checked

(A) ☒ Personal Delivery    ☒ Overnight Mail    ☐ First class mail    ☒ Facsimile*    ☒ Email*

| | |
|---|---|
| (B) *Deadlines:*<br>Date: 9-22-15<br>Time: 4:00 p.m. | (C) *Persons/entities to be served with written notice and a copy of this order:*<br>All creditors.<br><br>☐ See attached page<br>(D) *Service is also required upon:*<br>— United States trustee *(electronic service is not permitted)*<br>— Judge's copy personally delivered to chambers<br>(*see Court Manual for address*) |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked
(A) ☒ Personal Delivery ☒ Overnight Mail ☐ First Class Mail ☒ Facsimile* ☒ Email*

(B) <u>Deadlines:</u>
Date: 9-22-15
Time: 4:00 p.m.

(C) <u>Persons/entities to be served with motion, declarations, supporting documents:</u>

All creditors.

☐ See attached page

(D) <u>Service is also required upon:</u>
-- United States trustee *(no electronic service permitted)*
-- Judge's copy personally delivered to chambers
(*see Court Manual for address*)

(5) ☒ Regarding **opposition to the motion**

☒ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked
(A) ☒ Personal Delivery ☒ Overnight Mail ☐ First Class Mail ☒ Facsimile* ☒ Email*

(B) <u>Deadlines:</u>
Date: 9-29-15
Time: 9:00 a.m.

(C) <u>Persons/entities to be served with written opposition to the motion:</u>
-- movant's attorney (or movant, if movant is not represented by an attorney)

(D) <u>Service is also required upon:</u>
-- United States trustee *(electronic service is not permitted)*
-- Judge's copy personally delivered to chambers
(*see Court Manual for address*)

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| (B) <u>*Deadlines:*</u><br>Date:<br>Time: | (C) <u>*Persons/entities to be served with written reply to opposition:*</u><br>-- All persons/entities who filed a written opposition<br><br>(D) <u>*Service is also required upon*</u>:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers<br>*(see Court Manual for address)* |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☐ at least 2 days before the hearing.
> ☒ no later than:    Date: 9-28-15    Time: 12:00 p.m.

* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: September 22, 2015

Peter H. Carroll
Unites States Bankruptcy Judge